UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

    v.

PICCOLO PROPERTIES LP, et al.,

        Defendants.

Case No. 15-cv-05491-DMR

**ORDER TO SHOW CAUSE**

Defendants Piccolo Properties, LP and Carmelo Piccolo filed a Motion to Stay the Proceeding and to Set an Early Evaluation Conference on January 11, 2016. [Docket No. 22.] Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Defendant's motion was due on January 25, 2016, but no such opposition has been received. <u>Plaintiff Scott Johnson is ordered to respond by January 29, 2016, and show cause for his failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. If Plaintiff Scott Johnson does not respond by January 29, 2016, Defendants' motion may be granted or the case may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 27, 2016

Donna M. Ryu
United States Magistrate Judge