CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

PETER A. MARTIN(SBN: 164254)
pmartin@murchisonlaw.com
MURCHISON & CUMMING LLP
18201 Von Karman Avenue, Suite 1100
Irvine, California 92612-1077
Telephone: (714) 972-9977
Facsimile: (714) 972-1404
Attorney for Defendant
Res-Care, Inc.

VREJ V. GRABEDIAN ( SBN:249993)
needcounsel@gmail.com
LAW OFFICES OF VREJ GARABEDIAN
953 Reddington Court
Walnut Creek, California 94596
Telephone: (925) 285-1748
Facsimile: (888) 746-4689
Attorney for Defendants
Piccolo Properties, LP and Carmelo Piccolo

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>PICCOLO PROPERTIES LP, a California Limited Partnership; CARMELO PICCOLO; RES-CARE, INC., a Kentucky Corporation; and Does 1-10,<br><br>    Defendants. | Case: 4:15-CV-5491-DMR<br><br>**JOINT NOTICE OF SETTLEMENT** |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: March 9, 2016          CENTER FOR DISABILITY ACCESS

                              By:  /s/ Phyl Grace
                                   Phyl Grace
                                   Attorneys for Plaintiff

Dated: March 9, 2016          MURCHISON & CUMMING LLP

                              By:  /s/ Peter A. Martin
                                   Peter A. Martin
                                   Attorney for Defendant
                                   Res-Care, Inc.

Dated: March 9, 2016          LAW OFFICES OF VREJ GARABEDIAN

                              By:  /s/ Vrej V. Grabedian
                                   Vrej V. Grabedian
                                   Attorney for Defendants
                                   Piccolo Properties, LP and Carmelo Piccolo

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Peter A. Martin and Vrej V. Garabedian, counsel for Res-Care, Inc. Piccolo Properties, LP and Carmelo Piccolo, respectively, and that I have obtained Mr. Martin's and Mr. Garabedian's authorization to affix their electronic signature to this document.

Dated: March 9, 2016             CENTER FOR DISABILITY ACCESS

                                 By:   /s/ Phyl Grace
                                       Phyl Grace
                                       Attorneys for Plaintiff