CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq. SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

PETER A. MARTIN(SBN: 164254)
pmartin@murchisonlaw.com
MURCHISON & CUMMING LLP
18201 Von Karman Avenue, Suite 1100
Irvine, California 92612-1077
Telephone: (714) 972-9977
Facsimile: (714) 972-1404
Attorney for Defendant
Res-Care, Inc.

VREJ V. GRABEDIAN ( SBN:249993)
needcounsel@gmail.com
LAW OFFICES OF VREJ GARABEDIAN
953 Reddington Court
Walnut Creek, California 94596
Telephone: (925) 285-1748
Facsimile: (888) 746-4689
Attorney for Defendants
Piccolo Properties, LP and Carmelo Piccolo

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br>    v.<br><br>PICCOLO PROPERTIES LP, a California Limited Partnership; CARMELO PICCOLO; RES-CARE, INC., a Kentucky Corporation; and Does 1-10,<br><br>    Defendants, | Case: 4:15-CV-5491-DMR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

1

Joint Stipulation for Dismissal                                   Case: 4:15-CV-5491-DMR

# **STIPULATION**

Pursuant to F.R.CIV.P.41(a)(1), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 22, 2016        CENTER FOR DISABILITY ACCESS

                             By: ___/s/ Phyl Grace_____
                                 Phyl Grace
                                 Attorneys for Plaintiff

Dated: March 22, 2016        MURCHISON & CUMMING LLP

                             By:   __/s/ Peter A. Martin_____
                                 Peter A. Martin
                                 Attorney for Defendant
                                 Res-Care, Inc.

Dated: March 22, 2016        LAW OFFICES OF VREJ GARABEDIAN

                             By:   _/s/ Vrej V. Garabedian____
                                 Vrej V. Grabedian
                                 Attorney for Defendants
                                 Piccolo Properties, LP and Carmelo Piccolo

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Peter A. Martin and Vrej V. Garabedian, counsel for Res-Care, Inc. Piccolo Properties, LP and Carmelo Piccolo, respectively, and that I have obtained Mr. Martin's and Mr. Garabedian's authorization to affix their electronic signature to this document.

Dated: March 22, 2016         CENTER FOR DISABILITY ACCESS

                              By: __/s/ Phyl Grace_____
                                  Phyl Grace
                                  Attorneys for Plaintiff